# EXHIBIT B

## CERTIFICATION AND AUTHORIZATION

I, Dan Koeppel, on behalf of the Central Laborers Pension Plan ("Central Laborers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint in this matter and I am authorized in my capacity as Executive Director of Central Laborers to initiate litigation and to execute this Certification on behalf of Central Laborers.

2. Central Laborers did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Central Laborers is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Central Laborers' transactions in Patterson Companies, Inc.'s common stock are set forth in the attached "Schedule A".

5. Central Laborers has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Kinzler v. First NBC Bank Holding Company et al.,* No. 2:16-cv-04243 (E.D. La.)

6. Central Laborers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either did not file a lead plaintiff motion, withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *Central Laborers' Pension Fund v. Envision Healthcare Corporation et al.,* No. 3:17-cv-01397 (M.D. Tenn.)

7. Central Laborers will not accept any payment for serving as a representative party on behalf of the Class beyond Central Laborers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this  22  day of May, 2018.

Central Laborers Pension Plan

_____
Dan Koeppel, Executive Director

## SCHEDULE A
### Central Laborers Pension Plan
### Transactions in Patterson Companies, Inc.

**Beg. Hold.**     1,050

| Common Stock Purchases ||| Common Stock Sales |||
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 10/21/15 | 50 | $46.03 | 12/28/16 | 884 | $40.85 |
| 11/25/15 | 150 | $48.66 | 02/28/17 | 100 | $44.60 |
| 12/01/16 | 1,716 | $38.54 | 03/30/17 | 100 | $44.70 |
| 12/01/16 | 115 | $38.47 | | | |
| 12/01/16 | 7,546 | $38.74 | *Post-Class Period Sales* | | |
| 12/01/16 | 2,403 | $38.73 | 03/16/18 | 669 | $23.91 |
| 12/02/16 | 3,238 | $38.85 | | | |
| 12/02/16 | 514 | $38.78 | | | |
| 12/05/16 | 342 | $39.16 | | | |
| 12/05/16 | 1,973 | $39.15 | | | |
| 12/05/16 | 27 | $39.01 | | | |
| 12/22/16 | 149 | $40.93 | | | |
| 01/03/17 | 1,123 | $41.08 | | | |
| 11/03/17 | 1,961 | $36.28 | | | |
| 11/03/17 | 39 | $36.23 | | | |
| 01/31/18 | 905 | $36.02 | | | |
| 02/01/18 | 2,594 | $35.67 | | | |

## CERTIFICATION AND AUTHORIZATION

I, Adam Cabeza, on behalf of the Pembroke Pines Pension Fund for Firefighters and Police Officers ("Pembroke Pines F&P"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint in this matter and I am authorized in my capacity as Chairman of Pembroke Pines F&P to initiate litigation and to execute this Certification on behalf of Pembroke Pines F&P.

2. Pembroke Pines F&P did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Pembroke Pines F&P is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Pembroke Pines F&P's transactions in Patterson Companies, Inc. common stock securities during the Class Period are set forth in the attached Schedule A.

5. Pembroke Pines F&P has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re HD Supply Holdings, Inc. Securities Litigation*, Case No. 1:17-cv-02587 (N.D. Ga.)

6. Pembroke Pines F&P has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending: *None*

7. Pembroke Pines F&P will not accept any payment for serving as a representative party on behalf of the Class beyond Pembroke Pines F&P's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this __13__ day of April, 2018.

*Pembroke Pines Pension Fund for Firefighters and Police Officers*

_____
Adam Cabeza, Chairman

1

## SCHEDULE A
### Pembroke Pines Pension Fund for Firefighters and Police Officers
### Transactions in Patterson Companies, Inc.

**Beg. Hold.**     4,282

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 09/25/15 | 71 | $45.05 | 05/18/16 | 412 | $45.17 |
| 10/20/16 | 1,130 | $44.02 | 11/28/17 | 1,575 | $35.87 |
| 10/20/16 | 228 | $44.05 | | | |
| 11/22/16 | 1,245 | $37.97 | | | |
| 09/26/17 | 1,260 | $38.65 | | | |
| 09/26/17 | 6,551 | $38.73 | | | |
| 10/09/17 | 4 | $37.75 | | | |
| 10/09/17 | 4,059 | $37.75 | | | |
| 10/09/17 | 533 | $37.74 | | | |
| 10/26/17 | 3,186 | $40.19 | | | |
| 11/16/17 | 1,572 | $36.19 | | | |

## **CERTIFICATION AND AUTHORIZATION**

I, David Sullivan, on behalf of the Plymouth County Retirement System ("Plymouth"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint in this matter and I am authorized in my capacity as Executive Director of Plymouth to initiate litigation and to execute this Certification on behalf of Plymouth.

2. Plymouth did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Plymouth is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plymouth's transactions in Patterson Companies, Inc. common stock securities during the Class Period are set forth in the attached "Schedule A."

5. Plymouth has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *North Collier Fire Control and Rescue District Firefighter Pension Plan v. MDC Partners Inc. et al.*, Case No. 1:15-cv-06034 (S.D.N.Y.)

    *Harrington v. Tetraphase Pharmaceuticals Inc. et al.*, Case No. 1:16-cv-10133 (D. Mass.)

    *Kinzler v. First NBC Bank Holding Company et al.*, Case No. 2:16-cv-04243 (E.D. La.)

6. Plymouth has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *Plymouth County Retirement Association v. Advisory Board Company et al.*, Case No. 1:17-cv-01940 (D.D.C.)

    *In re Envision Healthcare Corp. Sec. Litig.*, Case No. 3:17-cv-01112 (M.D. Tenn.)

    *Hampton v. Aqua Metals, Inc. et al.*, Case No. 4:17-cv-07142 (N.D. Cal.)

1

7. Plymouth will not accept any payment for serving as a representative party on behalf of the Class beyond Plymouth's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 28th day of March, 2018.

*Plymouth County Retirement System*

*[signature]*

David Sullivan, Executive Director

2

# SCHEDULE A
## Plymouth County Retirement System
## Transactions in Patterson Companies, Inc.

Beg. Hold.　　　　　0

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 11/28/16 | 2,834 | $38.73 | 3/16/17 | 1,839 | $45.77 |
| 11/28/16 | 2,024 | $38.54 | | | |
| 11/28/16 | 8,900 | $38.74 | | | |
| 11/28/16 | 133 | $38.47 | | | |
| 11/29/16 | 608 | $38.78 | | | |
| 11/29/16 | 3,817 | $38.85 | | | |
| 11/30/16 | 32 | $39.01 | | | |
| 11/30/16 | 403 | $39.16 | | | |
| 11/30/16 | 2,328 | $39.15 | | | |
| 12/28/16 | 1,365 | $41.08 | | | |
| 11/03/17 | 48 | $36.23 | | | |
| 11/03/17 | 2,418 | $36.28 | | | |
| 02/01/18 | 3,594 | $35.49 | | | |