UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>PATTERSON COMPANIES, INC., et al.,<br><br>       Defendants. | Civ. No. 0:18-cv-00871-MJD-SER<br><br>CLASS ACTION<br><br>GWINNETT COUNTY PUBLIC EMPLOYEES RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

1437880_1

Gwinnett County Public Employees Retirement System ("Retirement System") hereby moves this Court for an order: (1) appointing the Retirement System as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B); and (2) approving the Retirement System's selection of Robbins Geller Rudman & Dowd LLP as lead counsel. This Motion is based upon the Notice of Hearing, the Memorandum of Law, the Declaration of Garrett D. Blanchfield, Jr. and exhibits attached thereto, the pleadings and records on file, and such other matters and arguments as the Court may consider.

DATED: May 29, 2018

REINHARDT WENDORF & BLANCHFIELD
GARRETT D. BLANCHFIELD, JR. (#209855)
BRANT D. PENNEY (#316878)

s/ Garrett D. Blanchfield, Jr.
GARRETT D. BLANCHFIELD, JR.

E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: 651/287-2100
651/287-2103 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

- 1 -