# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PLYMOUTH COUNTY RETIREMENT
SYSTEM, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

v.

PATTERSON COMPANIES, INC., <u>et al.</u>,

      Defendants.

**ORDER**
Civil File No. 18-871 (MJD/SER)

---

Lucas F. Olts, Alexi Pfeffer-Gillett, and Heather G. Schlesier, Robbins Geller Rudman & Dowd LLP; Anne M. Lockner, Robins Kaplan LLP; Steven B. Singer, Kyla Grant, Maya Saxena, Joseph E. White, III, Lester R. Hooker, Dianne Anderson, Saxena White P.A.; and Robert D. Klausner, Klausner, Kaufman, Jensen & Levinson, Counsel for Plaintiff.

Patrick S. Williams, Aaron G. Thomas, and Jordan Weber, Briggs & Morgan, PA, Counsel for Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated July 25, 2019. Defendants filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record of those portions of the Report and Recommendation to which objections

were made.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review,

the Court **adopts** the Report and Recommendation of United States Magistrate

Judge Rau dated July 25, 2019, with the modification that, on page 23 of the

Report and Recommendation, the amount "$39.92" is amended to read "$32.92."

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States
   Magistrate Judge Steven E. Rau dated July 25, 2019 [Docket No. 112]
   with the modification set forth in this Order.

2. Defendants' Motion to Dismiss the Amended Class Action
   Complaint [Docket No. 89] is **GRANTED IN PART** and
   **DENIED IN PART** as set forth in the Report and
   Recommendation.

Dated:  September 10, 2019          s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court