UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Plymouth County Retirement System, *Individually and on Behalf of All Other Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Patterson Companies, Inc. and Scott P. Anderson,<br><br>Defendants. | Court File No. 18-CV-00871 (MJD/HB)<br><br>**DEFENDANTS' MOTION FOR STAY PENDING RULE 23(f) PETITION AND APPEAL** |

Defendants Patterson Companies, Inc. and Scott P. Anderson (collectively, "Defendants") respectfully hereby move the Court for an order staying all proceedings in this action pending the United States Court of Appeals for the Eighth Circuit's decision on Defendants' petition under Federal Rule of Civil Procedure 23(f) seeking interlocutory review of this Court's class-certification decision (ECF No. 175) and any ensuing appeal thereafter. The bases for Defendants' motion are set forth in Defendants' memorandum of law in support of this motion and accompanying papers, filed herewith.

12875915v1

Dated:  October 13, 2020					**TAFT STETTINIUS & HOLLISTER LLP**

By: *s/ Aaron G. Thomas*
    Patrick S. Williams (#196502)
    Mark G. Schroeder (#171530)
    Aaron G. Thomas (#0389011)
    Jordan L. Weber (#0396769)
2200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2157
Telephone: (612) 977-8400
Fax:            (612) 977-8650
Email:        pwilliams@taftlaw.com
              mschroeder@taftlaw.com
              athomas@taftlaw.com
              jweber@taftlaw.com

**ATTORNEYS FOR DEFENDANTS PATTERSON COMPANIES, INC. AND SCOTT P. ANDERSON**