UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>PATTERSON COMPANIES, INC., et al.,<br><br>       Defendants. | Civ. No. 0:18-cv-00871-MJD-HB<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

Court-appointed Class Representatives Plymouth County Retirement System, Pembroke Pines Pension Fund for Firefighters and Police Officers, Central Laborers Pension Plan, and Gwinnett County Public Employees Retirement System (collectively, "Lead Plaintiffs") respectfully move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order preliminarily approving the terms of the Settlement set forth in the Stipulation of Settlement dated October 11, 2021 (the "Stipulation"); approving the form and manner of notice of the Settlement to the Class; and scheduling a final approval hearing date.

This motion is based on the accompanying Memorandum of Law, the Stipulation and the exhibits thereto, the papers and filings on record in this matter, and any additional evidence or argument as may be presented at the hearing.  Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

DATED:  October 14, 2021          Respectfully submitted,

                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP

                                             s/ LUCAS F. OLTS
                                  ELLEN GUSIKOFF STEWART
                                  JONAH H. GOLDSTEIN*
                                  LUCAS F. OLTS*
                                  JENNIFER N. CARINGAL*
                                  HEATHER G. SCHLESIER*
                                  655 West Broadway, Suite 1900
                                  San Diego, CA  92101
                                  Telephone:  619/231-1058
                                  619/231-7423 (fax)
                                  elleng@rgrdlaw.com
                                  jonahg@rgrdlaw.com
                                  lolts@rgrdlaw.com
                                  jcaringal@rgrdlaw.com
                                  hschlesier@rgrdlaw.com

- 1 -

SAXENA WHITE P.A.

s/ LESTER R. HOOKER
MAYA SAXENA*
JOSEPH E. WHITE, III*
LESTER R. HOOKER*
DIANNE ANDERSON*
7777 Glades Road, Suite 300
Boca Raton, FL  33434
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
danderson@saxenawhite.com

SAXENA WHITE P.A.
STEVEN B. SINGER*
KYLA GRANT*
JOSHUA SALTZMAN*
10 Bank Street, 8th Floor
White Plains, NY  10606
Telephone:  914/437-8551
888/631-3611 (fax)
ssinger@saxenawhite.com
kgrant@saxenawhite.com
jsaltzman@saxenawhite.com

*Co-Lead Counsel for the Class*

* = admitted *pro hac vice*

REINHARDT WENDORF & BLANCHFIELD
GARRETT D. BLANCHFIELD, JR. (#209855)
BRANT D. PENNEY (#316878)
W-1050 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651/287-2100
651/287-2103 (fax)
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

- 2 -

- 3 -

ROBINS KAPLAN LLP
ANNE M. LOCKNER (#295516)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612/349-8500
612/339-4181 (fax)
alockner@robinskaplan.com

*Co-Liaison Counsel for the Class*

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
7080 NW 4th Street
Plantation, FL 33317
Telephone: 954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com

*Additional Counsel for Pembroke Pines Pension Fund for Firefighters and Police Officers*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 14, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List

s/ Lucas F. Olts
LUCAS F. OLTS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  lolts@rgrdlaw.com

# Mailing Information for a Case 0:18-cv-00871-MJD-HB Plymouth County Retirement System v. Patterson Companies, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carolyn G Anderson**
  carolyn.anderson@zimmreed.com

- **Dianne M Anderson**
  danderson@saxenawhite.com

- **Garrett D Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com

- **Jennifer Caringal**
  jcaringal@rgrdlaw.com,jcaringal@ecf.courtdrive.com

- **Stephen H Cypen**
  scypen@cypen.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kyla Janine Grant**
  kgrant@saxenawhite.com

- **June Pineda Hoidal**
  june.hoidal@zimmreed.com,julianne.vannorman@zimmreed.com,karen.colt@zimmreed.com

- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Robert David Klausner**
  lorna@robertdklausner.com

- **Anne M Lockner**
  alockner@robinskaplan.com,dvanalstine@robinskaplan.com,bstevens@robinskaplan.com

- **Tricia L. McCormick**
  triciam@rgrdlaw.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,E_File_SD@rgrdlaw.com,lolts@ecf.courtdrive.com,scaesar@rgrdlaw.com

- **Brant D Penney**
  b.penney@rwblawfirm.com,k.schulte@rwblawfirm.com

- **David A Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Joshua Saltzman**
  jsaltzman@saxenawhite.com

- **Maya Susan Saxena**
  msaxena@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Heather Schlesier**
  hschlesier@rgrdlaw.com,HSchlesier@ecf.courtdrive.com

- **Mark G Schroeder**
  mschroeder@taftlaw.com,awolkerstorfer@taftlaw.com,awellens@taftlaw.com

- **Steven Bennett Singer**
  ssinger@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Aaron G Thomas**
  athomas@taftlaw.com,bmcnabb@taftlaw.com

- **Jordan Weber**
  jweber@taftlaw.com,cjstephens@taftlaw.com

- **Joseph E White , III**
  jwhite@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Patrick S Williams**
  pwilliams@taftlaw.com,cjstephens@taftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`