UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PATTERSON COMPANIES, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civ. No. 0:18-cv-00871-MJD-HB<br><br>CLASS ACTION<br><br>CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

Plymouth County Retirement Association, Pembroke Pines Pension Fund for Firefighters and Police Officers, Central Laborers Pension Plan, and Gwinnett County Public Employees Retirement System (collectively, "Class Representatives") hereby move this Court for final approval of the settlement of the above-referenced case and approval of the Plan of Allocation. This Motion is based upon the Notice of Hearing, the Memorandum of Law in Support thereof, the Joint Declaration of Lucas F. Olts and Lester R. Hooker in Support of (I) Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4), the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date, Class Representatives' declarations, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

DATED: May 5, 2022                    Respectfully submitted,

                                      ROBBINS GELLER RUDMAN
                                        & DOWD LLP

                                              s/ LUCAS F. OLTS

ELLEN GUSIKOFF STEWART*
JONAH H. GOLDSTEIN*
LUCAS F. OLTS*
JENNIFER N. CARINGAL*
HEATHER G. SCHLESIER*
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
jonahg@rgrdlaw.com
lolts@rgrdlaw.com
jcaringal@rgrdlaw.com
hschlesier@rgrdlaw.com

SAXENA WHITE P.A.

s/ LESTER R. HOOKER
_____

MAYA SAXENA*
JOSEPH E. WHITE, III*
LESTER R. HOOKER*
DIANNE PITRE*
7777 Glades Road, Suite 300
Boca Raton, FL  33434
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

SAXENA WHITE P.A.
STEVEN B. SINGER*
KYLA GRANT*
JOSHUA SALTZMAN*
10 Bank Street, 8th Floor
White Plains, NY  10606
Telephone:  914/437-8551
888/631-3611 (fax)
ssinger@saxenawhite.com
kgrant@saxenawhite.com
jsaltzman@saxenawhite.com

*Co-Lead Counsel for the Class*

\* = admitted *pro hac vice*

REINHARDT WENDORF & BLANCHFIELD
GARRETT D. BLANCHFIELD, JR. (#209855)
BRANT D. PENNEY (#316878)
W-1050 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651/287-2100
651/287-2103 (fax)
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

ROBINS KAPLAN LLP
ANNE M. LOCKNER (#295516)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Telephone:  612/349-8500
612/339-4181 (fax)
alockner@robinskaplan.com

*Co-Liaison Counsel for the Class*

- 4 -

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com

*Additional Counsel for Pembroke Pines Pension Fund for Firefighters and Police Officers*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 5, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ LUCAS F. OLTS
    LUCAS F. OLTS

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-8498
    Telephone:  619/231-1058
    619/231-7423 (fax)

    Email:  lolts@rgrdlaw.com

# Mailing Information for a Case 0:18-cv-00871-MJD-HB Plymouth County Retirement System v. Patterson Companies, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carolyn G Anderson**
  carolyn.anderson@zimmreed.com

- **Dianne M Anderson**
  danderson@saxenawhite.com

- **Garrett D Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com

- **Jennifer Caringal**
  jcaringal@rgrdlaw.com,jcaringal@ecf.courtdrive.com

- **Stephen H Cypen**
  scypen@cypen.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kyla Janine Grant**
  kgrant@saxenawhite.com

- **June Pineda Hoidal**
  june.hoidal@zimmreed.com,julianne.vannorman@zimmreed.com,karen.colt@zimmreed.com

- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Robert David Klausner**
  lorna@robertdklausner.com

- **Anne M Lockner**
  alockner@robinskaplan.com,dvanalstine@robinskaplan.com,bstevens@robinskaplan.com

- **Tricia L. McCormick**
  triciam@rgrdlaw.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,E_File_SD@rgrdlaw.com,lolts@ecf.courtdrive.com,scaesar@rgrdlaw.com

- **Brant D Penney**
  b.penney@rwblawfirm.com,k.schulte@rwblawfirm.com

- **David A Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Joshua Saltzman**
  jsaltzman@saxenawhite.com

- **Maya Susan Saxena**
  msaxena@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Heather Schlesier**
  hschlesier@rgrdlaw.com,HSchlesier@ecf.courtdrive.com

- **Mark G Schroeder**
  mschroeder@taftlaw.com,MIN_Docket_Assist@taftlaw.com,awolkerstorfer@taftlaw.com,awellens@taftlaw.com

- **Steven Bennett Singer**
  ssinger@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Aaron G Thomas**
  athomas@taftlaw.com,dcrump@taftlaw.com,cdanek@taftlaw.com

- **Jordan Weber**
  jweber@taftlaw.com,eschleiss@taftlaw.com

- **Joseph E White , III**
  jwhite@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Patrick S Williams**
  pwilliams@taftlaw.com,eschleiss@taftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`