# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Plymouth County Retirement System | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-00871-MJD-DTS |
| Patterson Companies, Inc., Scott P. Anderson, Ann B. Gugino, R. Stephen Armstrong, James W Wiltz | |
| Defendant(s). | |
| Movants, | |
| Pembroke Pines Pension Fund for Firefighters and Police Officers, Central Laborers Pension Plan, Gwinnett County Public Employees Retirement System, University of Puerto Rico Retirement System, Employees Retirement System of the Puerto Rico Electric Power Authority | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Class Representatives' Motion for Approval of the Plan of Allocation **(Doc. 249)** is **GRANTED**; and

Class Representatives' Motion for Final Approval of Class Action Settlement **(Doc. 249)** is **GRANTED.**

| | |
|---|---|
| Date: 6/13/2022 | KATE M. FOGARTY, CLERK |